UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IVAN ENRICO GOUDEAU**<br>    D.O.C. # 223314 | : | **DOCKET NO. 16-cv-732** |
| **VERSUS** | : | **JUDGE WALTER** |
| **BURL N. CAIN** | : | **MAGISTRATE JUDGE KAY** |

## AMENDMENT TO REPORT AND RECOMMENDATION

Since the filing of the original Report and Recommendation [doc. 23], the undersigned has discovered a typographical error. The Report and Recommendation reads:

> The petitioner was then sentenced to life imprisonment for the aggravated rape and fifty years' imprisonment for the aggravated rape, without benefit of probation, parole, or suspension of sentence for either term. *Id.* at 120–21.

Doc. 23, p. 2. This statement should be amended as follows (changes in bold):

> The petitioner was then sentenced to life imprisonment for the aggravated rape and fifty years' imprisonment for the **attempted second degree murder**, without benefit of probation, parole, or suspension of sentence for either term. *Id.* at 120–21.

In all other respects, the original Report and Recommendation remains the same.

THUS DONE this 7th day of March, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE