UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IVAN ENRICO GOUDEAU | * | CIVIL ACTION NO. 2:16-CV-00732 |
| | * | |
| v. | * | |
| | * | JUDGE WALTER |
| BURL N. CAIN | * | |
| | * | |
| | * | MAGISTRATE JUDGE KAY |
| | * | |
| | * | |

*************************************************************************

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, the Magistrate Judge's Report and Recommendation (Rec. Doc. 23), as amended (Rec. Doc. 28), and the reasons set forth therein,

**IT IS ORDERED** that the petitioner's application is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

Shreveport, Louisiana, this 8th day of March, 2017.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT COURT

7